CLARA V. LEGENDRE et al., appellants,

*v.*

FANNY J. BYRNES, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *1 Dick. Ch. Rep. 419.*

*Mr. Oscar Keen,* for the appellants.

*Mr. Anthony Q. Keasbey,* for the respondent.

PER CURIAM.

Decree below affirmed

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, WHITAKER—11.

*For reversal*—None.